ORIGINAL

**FILED**
SEP 2 2 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| THEODORE JOSEPH HALL | Case No. 06-51948 SLJ |
| LUCIA MONIQUE HALL | **NOTICE OF UNCLAIMED DIVIDEND** |
| Debtors | |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2497119 for an unclaimed dividend in the amount of $0.48. The name and address of the claimant entitled to the unclaimed dividend is as follows;

    Claim # 2    AARGON COLLECTION AGENCY
                          3025 W SAHARA AVE
                          LAS VEGAS, NV 89102-6094

Dated: September 20, 2011

_____
DEVIN DERHAM-BURK, TRUSTEE